IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLNAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | FILED: MAY 7, 2008<br>08CV2622    PH<br>JUDGE COAR<br>MAGISTRATE JUDGE BROWN<br>Case No.:<br><br><br><br>State Case No.: 08 CH 11468<br>Circuit Court of Cook County<br>Chancery, State of Illinois |

## NOTICE OF FILING

To:   Clerk of the Court                    Douglas M. Werman
      Circuit Court of Cook County          Maureen A. Bantz
      50 W. Washington, 8th Floor           Werman Law Office, P.C.
      Chicago, Illinois 60602               77 W. Washington, Suite 1402
                                            Chicago, Illinois 60602

PLEASE TAKE NOTICE that the Defendants filed a Notice of Removal with the United States District Court for the Northern District of Illinois, Eastern Division, on this 7th day of May, 2008, a copy which is attached and served upon you.

                                GATTO INDUSTRIAL PLATERS, INC.,
                                AND GEORGE GATTO


                         By:    s/ Sean F. Darke
                                Sean F. Darke

1

Walter J. Liszka
Sean F. Darke
WESSELS & PAUTSCH, P.C.
33 W. Monroe, Suite 1120
Chicago, Illinois 60603
(312) 629-9300 (Telephone)
(312) 632-9301 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLNAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No.:<br><br><br><br>State Case No.: 08 CH 11468<br>Circuit Court of Cook County<br>Chancery, State of Illinois |

## CERTIFICATE OF SERVICE

The undersigned certifies that he served copies of the foregoing Notice of Filing and Notice of Removal upon the following individuals via United States Mail, First Class Postage Prepaid and to the Clerk of the United States District Court for filing and uploading to the CM/ECF system which will send notification of such filing upon the following this 7th day of May 2008.

Clerk of the Court
Circuit Court of Cook County
50 W. Washington Street, 8th Floor
Chicago, Illinois 60602

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602

s/ Sean F. Darke
Sean F. Darke

3