# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Jesus Hernandez, Adolfo Duran, on behalf of themselves and all other persons similarly situated known and unknown, et al. v. Gatto Industrial Platers, Inc. and George Gatto | FILED: MAY 7, 2008<br>08CV2622  PH<br>JUDGE COAR<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, Gatto Industrial Platers, Inc. and George Gatto

| NAME (Type or print) |
|---|
| Christina Lopez-Nutzman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Christina Lopez-Nutzman |
| FIRM<br>Wessels & Pautsch, P.C. |
| STREET ADDRESS<br>33 W. Monroe Street |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288861 | TELEPHONE NUMBER<br>(312) 629-9300 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐