IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Darrah |

## NOTICE OF FILING

TO:  Christina Lopez-Nutzman
     Sean F. Darke
     Walter J. Liszka
     Wessels & Pautsch, P.C.
     33 W. Monroe St.
     Chicago, IL  60603

**PLEASE TAKE NOTICE** that on August 14, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following persons:

Garcia, Abiel
Ramirez, Aurelio
Aguilar, Mauro
Manfredi, Jose

Respectfully submitted,
s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz  (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ <br><br> Plaintiffs, <br><br> v. <br><br> GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO, <br><br> Defendants. | Case No. 08 C 2622 <br><br> Judge Darrah |

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Abiel Garcia_____ (print your name)

Signature: _Abiel Garcia_____

Date on which I signed this Notice: _____8·14·08_____
(today's date)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Darrah |

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: __Aurelio Ramirez__   (print your name)

Signature: _[signature]_

Date on which I signed this Notice: __8-14-08__
(today's date)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATTERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Darrah |

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Mauro Aguilar_ (print your name)

Signature: _Mauro Aguilar_

Date on which I signed this Notice: _08/14/08_
(today's date)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATTERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Darrah |

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc., or its parents, subsidiary or affiliated companies, within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the minimum and/or overtime wages owed to me pursuant to 29 U.S.C. §201, et. seq. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Jose Manfredi_ (print your name)

Signature: _Jose Manfredi_

Date on which I signed this Notice: _8-14-08_
(today's date)