IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Coar |

## NOTICE OF FILING

TO: Christina Lopez-Nutzman
Sean F. Darke
Walter J. Liszka
Wessels & Pautsch, P.C.
33 W. Monroe St.
Chicago, IL 60603

**PLEASE TAKE NOTICE** that on August 22, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** for the following persons:

Ignacio Roman
Carmelo Morales

Date: August 22, 2008

Respectfully submitted,
s/Douglas M. Werman
Douglas M. Werman (ARDC #6204740)
Maureen A. Bantz (ARDC# 6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>      Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>      Defendants. | Case No.  08 C 2622<br><br>Judge Coar |

**NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A
COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT**

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc. within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the overtime wages owed to me pursuant to 29 U.S.C. §207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Cornelio Morales_ (print your name)

Signature: _Cornelio Morales_

Date on which I signed this Notice: _8 22 08_
(today's date)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESUS HERNANDEZ, ADOLFO DURAN, on behalf of themselves and all other persons similarly situated known and unknown, and ANGEL GARCIA, FLAVIANO MALDONADO, APOLINAR ROMAN, and ANDRES ALVAREZ<br><br>Plaintiffs,<br><br>v.<br><br>GATTO INDUSTRIAL PLATERS, INC. and GEORGE GATTO,<br><br>Defendants. | Case No. 08 C 2622<br><br>Judge Coar |

### NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by Gatto Industrial Platers, Inc. within the prior three (3) years, that I have worked for Defendant time in excess of forty (40) hours in individual work weeks, and have not been paid all of the overtime wages owed to me pursuant to 29 U.S.C. §207. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

Name: _Ignacio Roman_____ (print your name)


Signature: _Ignacio Roman_____


Date on which I signed this Notice: _8 22 08_____
                                    (today's date)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Notice of Consent to Become a Party Plaintiff in a Collective Action Under the Fair Labor Standards Act** was served via electronic mail on August 22, 2008 on:

>Christina Lopez-Nutzman
>Sean F. Darke
>Walter J. Liszka
>Wessels & Pautsch, P.C.
>33 W. Monroe St.
>Chicago, IL 60603

>>s/Douglas M. Werman
>>Douglas M. Werman